| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MULLEN, GRAHAM C. | 2. Court or Organization<br><br>WESTERN DISTRICT OF N.C. | 3. Date of Report<br><br>07/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>230 CHARLES R. JONAS BUILDING<br>401 WEST TRADE STREET<br>CHARLOTTE, NC 28202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Life Member | Duke University Law School Board of Visitors |
| 2. | Member HOA Board | Royal Crest Home Owners |
| 3. | (See Explanation 1) | (See Explanation 1) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BRANCH BANK & TRUST CO. (Bank Accounts) | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Smith Barney Money Market Fund (See explanation) | C | Int./Div. | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Smith Barney Money Market Fund (See explanation) | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Central Fund - Canada | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. Intel Corp. | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Merck & Co. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. General Electric | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Chart Indus | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. IRA (See explanation) | B | Dividend | K | T | | | | | |
| 21. -- Loomis Sayles Funds IT Strategic Inc. Fund | | | | | Sold (part) | 07/12/12 | J | | |
| 22. | | | | | Sold (part) | 08/23/12 | J | | |
| 23. | | | | | Sold (part) | 12/17/12 | J | | |
| 24. | | | | | | | | | |
| 25. -- Oppenheimer Int'l Bond Fund | | | | | Sold (part) | 07/16/12 | J | | |
| 26. | | | | | Sold (part) | 08/23/12 | J | | |
| 27. | | | | | Sold (part) | 12/17/12 | J | | |
| 28. | | | | | | | | | |
| 29. -- Oppenheimer Int'l Small Co Fund | | | | | Sold (part) | 08/23/12 | J | | |
| 30. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 31. | | | | | | | | | |
| 32. -- Satuit Cap Micro Cap Fund | | | | | Sold (part) | 01/14/12 | J | | |
| 33. | | | | | Sold (part) | 07/12/12 | J | | |
| 34. | | | | | Sold (part) | 12/17/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. -- Oppenheimer Gold & Sp. Minerals | | | | | Buy (add'l) | 07/12/12 | J | | |
| 37. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 38. | | | | | Sold (part) | 08/23/12 | J | | |
| 39. | | | | | Sold (part) | 10/15/12 | J | | |
| 40. | | | | | | | | | |
| 41. -- Fidelity Advisor SPR 1 Leveraged Co Hb Fund | | | | | Sold (part) | 04/16/12 | J | | |
| 42. | | | | | Sold (part) | 08/23/12 | J | | |
| 43. | | | | | Sold (part) | 12/17/12 | J | | |
| 44. | | | | | | | | | |
| 45. -- Permanent Portfolio Fd | | | | | Sold (part) | 08/23/12 | J | | |
| 46. | | | | | Sold (part) | 12/17/12 | J | | |
| 47. | | | | | | | | | |
| 48. -- Blackrock Global Allocation | | | | | Sold (part) | 07/12/12 | J | | |
| 49. | | | | | Sold (part) | 07/16/12 | J | | |
| 50. | | | | | Sold (part) | 08/23/12 | J | | |
| 51. | | | | | Sold (part) | 12/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. -- Columbia Select Large Cap Growth Fd | | | | | Sold (part) | 04/16/12 | J | | |
| 54. | | | | | Sold (part) | 08/23/12 | J | | |
| 55. | | | | | Sold (part) | 12/17/12 | J | | |
| 56. | | | | | | | | | |
| 57. -- Delaware Pooled TR Diversified Inc Fd | | | | | Sold (part) | 07/12/12 | J | | |
| 58. | | | | | Sold (part) | 07/16/12 | J | | |
| 59. | | | | | Sold (part) | 12/17/12 | J | | |
| 60. | | | | | | | | | |
| 61. -- First Eagle Fds Global Fd | | | | | Sold (part) | 01/14/12 | J | | |
| 62. | | | | | Sold (part) | 07/12/12 | J | | |
| 63. | | | | | Sold (part) | 08/23/12 | J | | |
| 64. | | | | | Sold (part) | 12/17/12 | J | | |
| 65. | | | | | | | | | |
| 66. -- Yacktman Fd | | | | | Sold (part) | 07/12/12 | J | | |
| 67. | | | | | Sold (part) | 08/23/12 | J | | |
| 68. | | | | | Sold (part) | 12/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70.   -- Pimco Fds - Total Return Fd | | | | | Sold (part) | 07/12/12 | J | | |
| 71. | | | | | Sold (part) | 07/16/12 | J | | |
| 72. | | | | | Sold (part) | 12/17/12 | J | | |
| 73. | | | | | | | | | |
| 74.   -- Pimco AllAsset AllAuthority | | | | | Buy | 07/12/12 | J | | |
| 75. | | | | | Sold (part) | 08/23/12 | J | | |
| 76. | | | | | Sold (part) | 12/17/12 | J | | |
| 77. | | | | | | | | | |
| 78.   -- Royce Premier Fd | | | | | Sold (part) | 08/23/12 | J | | |
| 79. | | | | | Sold (part) | 12/17/12 | J | | |
| 80. | | | | | | | | | |
| 81.   -- Templeton Fds - TR Global Bd Advisor | | | | | Sold (part) | 07/12/12 | J | | |
| 82. | | | | | Sold (part) | 08/23/12 | J | | |
| 83. | | | | | Sold (part) | 12/17/12 | J | | |
| 84. | | | | | | | | | |
| 85.   -- MFS - Int'l New Discovery Fd | | | | | Sold (part) | 07/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/23/12 | J | | |
| 87. | | | | | Sold (part) | 12/17/12 | J | | |
| 88. | | | | | | | | | |
| 89. -- JP Morgan Core Bond FD Select | | | | | Sold (part) | 07/12/12 | J | | |
| 90. | | | | | Sold (part) | 07/16/12 | J | | |
| 91. | | | | | Sold (part) | 12/17/12 | J | | |
| 92. | | | | | | | | | |
| 93. -- Neuberger Berman Income New Strategic Fd | | | | | Sold (part) | 07/16/12 | J | | |
| 94. | | | | | Sold (part) | 12/17/12 | J | | |
| 95. | | | | | | | | | |
| 96. -- Nuveen Invt Tradewinds Value Oppty (See explanation.) | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Hondo Minerals Corp | None | | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ISORAY | | None | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. Valero Energy | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. Mosaic | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. Hecla Mining | A | Dividend | | | Sold | 03/13/12 | J | A | |
| 110. | | | | | | | | | |
| 111. GDX Goldminers ETF | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. Curtiss-Wright | A | Dividend | | | Sold | 03/29/12 | J | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. NORTHWESTERN MUTUAL (NML) INSURANCE POLICIES | | | | | | | | | |
| 117. -- Whole Life XXX113 | A | Dividend | K | T | | | | | |
| 118. | | | | | | | | | |
| 119. -- NML Whole Life XXX188 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. -- NML Whole Life XXX510 | B | Dividend | K | T | | | | | |
| 122. | | | | | | | | | |
| 123. -- NML Whole Life XXX698 | A | Dividend | K | T | | | | | |
| 124. | | | | | | | | | |
| 125. -- NML Extraord. Life 403 | B | Dividend | K | T | | | | | |
| 126. | | | | | | | | | |
| 127. -- NML Adjustable Comp XXX100 | C | Dividend | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. -- NML 65 Life 913 | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. -- NML 65 Life 473 | A | Dividend | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. -- NML Whole Life 437 | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. -- NML Whole Life 800 | | None | J | T | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Kinross Gold | A | Dividend | | | Sold | 03/13/12 | J | A | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. Select SPDR Energy | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Prudent Bear Fund | | None | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. Eldorado Gold | A | Dividend | J | T | | | | | |
| 146. | | | | | | | | | |
| 147. Verizon Comm. | A | Dividend | | | Sold | 09/12/12 | J | B | |
| 148. | | | | | | | | | |
| 149. Click Software Tech. | | None | J | T | | | | | |
| 150. | | | | | | | | | |
| 151. Chart Indus | | None | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. Nanoviricides | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Neural Stem Inc. | | None | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. International Stem Cell Corp. | | None | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. Galectin Therapeutics | | None | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. Brigus Gold | | None | J | T | | | | | |
| 162. | | | | | | | | | |
| 163. Inovio Pharmaceuticals | | None | J | T | | | | | |
| 164. | | | | | | | | | |
| 165. Argentex Mining | | None | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. First Trust High Income Long/Short FD | A | Dividend | | | Sold | 06/21/12 | J | A | |
| 168. | | | | | | | | | |
| 169. CenturyLink Inc. | A | Dividend | J | T | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Morgan Stanley Smith Barney Unified Managed Acct-est12/10/10 | | | | | | | | | |
| 173. -- Blackrock Inflation Preferred Bond Port | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 174. | | | | | | | | | |
| 175. -- Eaton Vance Commodity Strategy Fd | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 176. | | | | | | | | | |
| 177. -- Eaton Vance Income Fund of Boston | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 178. | | | | | | | | | |
| 179. -- Goldman Sachs TR Growth Opp. Fd. | A | Dividend | | | Sold | 07/19/12 | J | | |
| 180. | | | | | | | | | |
| 181. -- Goldman Sachs Absolute Return Tracker | A | Dividend | | | Sold | 07/19/12 | J | | |
| 182. | | | | | | | | | |
| 183. -- Ing Global Real Estate | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 184. | | | | | | | | | |
| 185. -- Ivy Mid Cap Growth 1 | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 186. | | | | | | | | | |
| 187. -- Legg Mason Western Asset Int. Muni. | A | Dividend | | | Sold | 07/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. -- Mainstay Large Cap Growth Fd | A | Dividend | | | Sold | 04/13/12 | J | | |
| 190. | | | | | | | | | |
| 191. -- Managers Systematic MD CP | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 192. | | | | | | | | | |
| 193. -- Pimco Funds Emerging Local Bond | A | Dividend | | | Sold | 04/13/12 | J | | |
| 194. | | | | | | | | | |
| 195. -- Pimco Short Term Fund CL P | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 196. | | | | | | | | | |
| 197. -- Guggenheim | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 198. | | | | | | | | | |
| 199. -- Thornburg Int'l Value Fund | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. Mast Therapeutics (See Explanation.) | | None | J | T | Buy | 03/29/12 | J | | |
| 203. | | | | | | | | | |
| 204. Alliance Grain Traders | | None | J | T | Buy | 12/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. Clearbridge Energy (EMO) | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 207. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 208. | | | | | | | | | |
| 209. First Trust Cloud Computing (See explanation.) | A | Dividend | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. Star Scientifc | | None | | | Buy | 06/18/12 | J | | |
| 212. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 213. | | | | | Sold | 10/18/12 | J | A | |
| 214. | | | | | | | | | |
| 215. Thomas PPTY GRP | | None | J | T | Buy | 08/23/12 | J | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. Innospec | A | Dividend | | | Sold | 04/30/12 | J | A | |
| 219. | | | | | | | | | |
| 220. US Oil Fd | A | Dividend | | | Sold | 06/18/12 | J | | |
| 221. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. SELF-INITIATED AMENDMENT FOR 2011 (See explanation.) | | | | | | | | | |
| 224. US Oil Fd | A | Dividend | J | T | Buy | 01/31/11 | J | | |
| 225. Innospec | A | Dividend | J | T | Buy | 03/24/11 | J | | |
| 226. First Trust Cloud Computing | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation of changes made to Part I.

I have deleted reference to the Deaprtment of Political Science UNC Charlotte because I have no realistic likelihood of teaching there again. If that should become a possibility, I will, of course, report that in the future.

Explanation of line items contained in Part VII.

Lines 3 and 5 - Smith Barney Money Market fund includes deposits in that fund which the broker has moved into their Bank Deposit program.

Line 20 - The IRA was established from my Thrift Savings Plan, all capital gains and dividends are re-invested. Periodically, small numbers of shares are sold to pay the trustee's fees. These are reported. This income is aggregated and not reported for each separate fund.

Line 96 - This asset is apparently reported in error. Can find no record and do not know why it is reported. Will not report it further.

Line 172 - The assets within the managed account are included in this report on lines 173 - 199, inclusive. The Managed Account has been terminated.

Line 202 - Mast Therapeutics was initially purchased as Adventrx Pharmaceuticals Inc. Its name has been changed to Mast Therapeutics (MSTX)

Line 209 - This is a transaction for First Trust Cloud Computing, which was bought in 2011 but inadvertently omitted from that report. (See also the explanation for Lines 220 - 222, which constitutes a Self-Initated Amendment to the 2011 Report.)

Lines (223) and 224 - 226 - These transactions were inadvertently omitted from the 2011 Report. This is a Self-Initated Amendment to the 2011 Report.

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ GRAHAM C. MULLEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544